# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | | |
|---|---|---|
| **GEORGE MOORE, on behalf of himself and others similarly situated**<br>*Plaintiff*<br>v.<br>**SMART SKY SOLAR LLC**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-09700 |

## AFFIDAVIT OF SERVICE

I, Maritza Morales, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to SMART SKY SOLAR LLC in Cook County, IL on August 21, 2026 at 2:43 pm at 1901 N Roselle Rd, Ste 800, Schaumburg, IL 60195-3186 by leaving the following documents with Grace Paisley who as Administrative Assistant is authorized by appointment or by law to receive service of process for SMART SKY SOLAR LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT

Additional Description:
Service Accepted
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.0730124634,-88.0528308165
Photograph: See Exhibit 1

Total Cost: $99.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the

undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Kane County,

IL on 8/21/2026.

/s/ Maritza Morales

Signature
Maritza Morales
+1 (224) 631-6008
Proof Illinois LLC
No. 117.001863

Exhibit 1a)



SMART SKY SOLAR LLC

Job Information

| | |
|---|---|
| Job Number: | 1980324 |
| Matter Number/Name | |
| Witness Fee | None |
| Subpoena | No |
| Related to an Eviction | No |
| Linked Job(s)? | No |

| | |
|---|---|
| Type | Entity |
| Name | SMART SKY SOLAR LLC |
| Registered Agent | JUAN MACIAS |
| Primary Address | 1901 N Roselle Rd, Ste 800, Schaumburg, IL 60195-3186 |
| Physical Description | None |
| Additional Notes | None |

Documents List

1. SUMMONS IN A CIVIL ACTION

Client Specifications

Four Attempt Requirement

Client requires four attempts be made at service address no matter the outcome. However, if the address is determined to be incorrect based on sufficient findings such as vacancy, non-residence confirmed by leasing office or similar authority, ple halt attempts until further notice.


Exhibit 1b)
1901
CHATHAM CENTRE
FULCRUM
DB SCHENKER
WOZNIAK INDUSTRIES
PREMIER WORKSPACES
FOR LEASING INFO
847-698-8531
EON CLINICS


Exhibit 1c)
CHATHAM CENTRE
FULCRUM
BUSEY BANK
PREMIER WORKSPACES
FOR LEASING INFO
847-698-8531
DB SCHENKER
WOZNIAK INDUSTRIES
JANI-KING
EON CLINICS