**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 26-cv-9700 |
| Plaintiff, | : | |
| v. | : | |
| SMART SKY SOLAR LLC | : | |
| Defendant. | : | |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P.41(a)(1)(A).

RESPECTFULLY SUBMITTED this 18th day of November, 2026.

*<u>/s/ Anthony Paronich</u>*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100